**STATE of Missouri, Respondent,**

v.

**Reginald PAIGE, Appellant.**

**Reginald PAIGE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47323, WD 48823.**

Missouri Court of Appeals,
Western District.

Oct. 25, 1994.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John R. Watson, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM.

Appeal after jury trial of convictions of one count of first degree assault, § 565.050, RSMo 1986, and one count of armed criminal action, § 571.015, RSMo 1986, and sentencing as a Class X offender to 25 years on each count, to be served concurrently. Appellant also appeals the denial of his Rule 29.15 motion.

Judgment and convictions affirmed.

Rules 84.16(b) and 30.25(b).